IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                               )<br>            Plaintiff,             )<br>                                               )<br>      v.                                   )<br>                                               )<br> JAMEELAH NELSON,            )<br>                                               )<br>            Defendant.          )<br> _____ ) | Case No. 2:09-CV-03325-GEB-DAD<br><br><br>**JUDGMENT** |

On December 22, 2009, the Court entered an Order approving the parties' settlement agreement (the Agreement) in this case. In the Agreement, defendant Jameelah Nelson agrees to the entry of judgment against her and in favor of plaintiff United States of America.

Accordingly, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is ENTERED in favor of plaintiff United States of America and against defendant Jameelah Nelson in the amount of $35,000;

2. Until the judgment is paid in full, interest shall ACCRUE at 3% simple interest per annum; and

3. The judgment shall be REDUCED to $25,000 at 3% simple interest per annum

///

///

1  provided the Defendant complies with the reduced judgment repayment schedule set forth in the
2  Agreement.

3  Dated:   December 22, 2009

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge